NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VICTOR ROSS,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7025

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 09-963, Judge Alan G. Lance, Sr.

---

**JUDGMENT**

---

MATTHEW J. DOWD, Wiley Rein LLP, of Washington, DC, argued for the claimant-appellant. With him on the brief were ROBERT J. SCHEFFEL and ADRIENNE JOHNSON.

RENEE A. GERBER, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and KIRK T. MANHARDT, Assistant Director. Of counsel on the brief was JONATHAN TAYLOR, Attorney, United States Department of Veterans Affairs, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, DYK, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


January 18, 2012      /s/ Jan Horbaly
Date      Jan Horbaly
Clerk